McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Ryan D. Marshall, #275952
  *ryan.marshall@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

Whitney, Thompson & Jeffcoach LLP
Marshall C. Whitney, #82952
  *mwhitney@wtjlaw.com*
8050 N Palm Avenue, Suite 110
Fresno, CA 93711-5510
Telephone:   (559) 753-2550
Facsimile:    (559) 753-2560

Attorneys for Plaintiff
BPM HEALTH GROUP, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BPM HEALTH GROUP, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SUTHERLAND HEALTHCARE SOLUTOINS, INC.; and DOES 1 through 10, Inclusive,<br><br>　　　　Defendants. | Case No. 2:18-cv-00384-MCE-EFB<br><br>**ORDER ON THE PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation of Dismissal with Prejudice filed by the parties to this action (ECF No. 21), the Court ORDERS AS FOLLOWS:

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY ORDERED that the above-captioned action (Case No. 2:18-cv-00384-MCE-EFB) be dismissed with prejudice and without an award of costs or fees to either Party. The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

**Dated: September 30, 2019**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE